IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE NIXEN**                                                                           **PLAINTIFF**

v.                                No. 3:16-cv-104-DPM

**RON HUNTER, Poinsett County Judge**                  **DEFENDANT**

### ORDER

Nixen hasn't complied with the Court's 20 April 2016 Order. № 3. And mail sent to his last known address is being returned. № 4 & 6–8. Nixen's complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 May 2016