IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXEN                                                              PLAINTIFF

v.                          No. 3:16-cv-104-DPM

RON HUNTER, Poinsett County Judge                          DEFENDANT

JUDGMENT

Nixen's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 May 2016